<u>Criminal Case Cover Sheet</u>                                                                            <u>U.S. District Court</u>

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____  Docket Number _08-00018_
Same Defendant _____         New Defendant __x__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes _____ No _X_   Matter to be sealed: _____ Yes _x_ No

Defendant Name        ___Ernesto Paglicawan Verdera___

Alias Name            _____

Address               _____

Birthdate _Xx/xx/1954_  SS# _xxx-xx-_  Sex _M_  Race _A_  Nationality _Philippines_

**U.S. Attorney Information:**

AUSA ___Karon V. Johnson___

Interpreter: _X_ No ___Yes   List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __2__   ____ Petty ____ Misdemeanor _X_ Felony

| | **Index Key/Code** | **Description of Offense Charged** | **Count(s)** |
|---|---|---|---|
| Set | 1 31 USC 5332 | Bulk Cash Smuggling out of the U.S. | 1 |
| Set | 2 31 USC 5332b2 | Forfeiture Allegation | 2 |
| Set | 3 | | |
| Set | 4 | | |

(May be continued on reverse)

Date: _3/3/08_    Signature of AUSA: _Karon V Johnson_

RECEIVED MAR 03 2008
DISTRICT COURT OF GUAM
HAGATNA, GUAM

**Place of Offense:**

City     Hagåtña

**Related Case Information:**

Superseding Indictment _____ Docket Number 08-00018
Same Defendant _____ New Defendant __x__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

Country/Parish _____

**Defendant Information:**

Juvenile: Yes ___ No __X__    Matter to be sealed: ___ Yes __x__ No

Defendant Name    Mark Anthony Bartolome

Alias Name _____

Address _____

Birthdate Xx/xx/1978   SS# xxx-xx-   Sex M   Race A   Nationality Philippines

**U.S. Attorney Information:**

AUSA    Karon V. Johnson

Interpreter: __X__ No ___ Yes    List language and/or dialect: _____

RECEIVED MAR 03 2008 DISTRICT COURT OF GUAM HAGATNA, GUAM

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __2__    ___ Petty ___ Misdemeanor __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 31 USC 5332 | Bulk Cash Smuggling out of the U.S. | 1 |
| Set 2 | 31 USC 5332b2 | Forfeiture Allegation | 2 |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: 3/3/08    Signature of AUSA: *Karon V. Johnson*