# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-08-00018                                    DATE: February 29, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

Law Clerk: Judith P. Hattori                             Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore                    Electronically Recorded: 9:03:46 - 9:09:22
                                                                                  10:04:06 - 10:44:45
                                                                                  10:34:03 - 11:06:10
                                                         (In-camera/sealed 10:41:12-11:01:10)

CSO: J. Lizama

**APPEARANCES:**

Defendant:  Ernesto Paglicawan Verdera          Attorney:  John Gorman, FPD
            Mark Anthony Bartolome                         William Gavras, CJA Appointed
☒ Present ☒ Custody ☐ Bond ☐ P.R.               ☒ Present ☐ Retained ☐ FPD ☐ CJA

U.S. Attorney: Karon Johnson     U.S. Agent: Avery Cepeda, Immigration and Customs Enforcement
U.S. Probation: Stephen Guilliot U.S. Marshal: T. Muna / V. Roman
Interpreter:                     Language:

**PROCEEDINGS: Initial Appearance**
- Financial Affidavit reviewed and accepted: William Gavras for Mark Anthony Bartolome appointed to represent the defendant.
- Mr. Gorman requested a sealed side bar without the government on the issue of appointment of counsel. Court ordered an in-camera review of defendant's financial status. Mr. Gorman objected. The courtroom was sealed and Mr. Verdera was sworn and examined.
- The Court found that defendant Ernesto Paglicawan Verdera is able to retain counsel. The Court continued the hearing to March 10, 2008 at 8:30 a.m. to allow him the opportunity to retain counsel.
- Defendant Mark Anthony Bartolome waives reading of Complaint.
- Preliminary Examination for Mark Anthony Bartolome set for: March 10, 2008 at 2:00 P.M.
- Defendants remanded to the custody of the U.S. Marshals Service for: Detention

NOTES: