# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## INITIAL APPEARANCE

### **AMENDED MINUTES**

CASE NO.: CR-08-00018 DATE: February 29, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

Law Clerk: Judith P. Hattori Court Reporter: Wanda Miles

Courtroom Deputy: Virginia T. Kilgore Electronically Recorded: 9:03:46 - 9:09:22
10:04:06 - 10:44:45
10:34:03 - 11:06:10
(In-camera/sealed 10:41:12 - 11:01:10)

CSO: J. Lizama

**APPEARANCES:**

Defendant: Ernesto Paglicawan Verdera     Attorney: John Gorman, FPD
Mark Anthony Bartolome                              William Gavras, CJA Appointed

☑ Present  ☑ Custody  ☐ Bond  ☐ P.R.          ☑ Present  ☐ Retained  ☐ FPD  ☐ CJA

U.S. Attorney: Karon Johnson     U.S. Agent: Avery Cepeda, Immigration and Customs Enforcement

U.S. Probation: Stephen Guilliot  U.S. Marshal: T. Muna / V. Roman

Interpreter:                              Language:

**PROCEEDINGS: Initial Appearance**

- Financial Affidavit reviewed and accepted: William Gavras for Mark Anthony Bartolome appointed to represent the defendant.
- Mr. Gorman requested a sealed side bar without the government on the issue of appointment of counsel. Court ordered an in-camera review of defendant's financial status. Mr. Gorman objected. The courtroom was sealed and Mr. Verdera was sworn and examined.
- The Court found that defendant Ernesto Paglicawan Verdera is able to retain counsel. The Court continued the hearing to March 3, 2008 at 8:30 a.m. to allow Mr. Verdera an opportunity to retain counsel.
- Defendant Mark Anthony Bartolome waives reading of Complaint.
- Preliminary Examination for Mark Anthony Bartolome set for: March 10, 2008 at 2:00 P.M.
- Defendants remanded to the custody of the U.S. Marshals Service for: Detention

NOTES: **Amended to correct continued initial appearance hearing date for defendant Ernesto Paglicawan Verdera to March 3, 2008 at 8:30 A.M.