≈AO 442  (Rev. 10/03) Warrant for Arrest

**FILED**
**DISTRICT COURT OF GUAM**
FEB 29 2008

# UNITED STATES DISTRICT COURT

District of _____ GUAM _____

JEANNE G. QUINATA
Clerk of Court

UNITED STATES OF AMERICA

V.

**WARRANT FOR ARREST**

Case Number: CR-08-00018-001

**ERNESTO PAGLICAWAN VERDERA**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  **ERNESTO PAGLICAWAN VERDERA**
                                                  Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with  (brief description of offense)

**Bulk Cash Smuggling Out of the United States, 31 U.S.C. § 5332**
**Forfeiture Allegation, 31 U.S.C. § 5332(b)(2)**

RECEIVED
FEB ︎ 2008
US MARSHALS SERVICE-GUAM

ORIGINAL

in violation of Title _____ United States Code, Section(s) _____

FRANCES M. TYDINGCO-GATEWOOD
Name of Issuing Officer

[signature]  4:45pm
Signature of Issuing Officer

CHIEF JUDGE
Title of Issuing Officer

FEBRUARY 28, 2008, HAGATNA, GUAM
Date and Location

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

HAGATNA, GUAM

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 2/28/08 | [illegible] MANANG[illegible], SES S/A | [signature] |
| DATE OF ARREST 2/28/08 | | |

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____
_____
_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____
_____

INVESTIGATIVE AGENCY AND ADDRESS: _____
_____
_____