# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-08-00018-001                                  DATE: March 03, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Judith P. Hattori                       Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore              Electronically Recorded: 8:45:07 - 8:49:18
CSO: D. Quinata

**APPEARANCES:**
Defendant: Ernesto Paglicawan Verdera              Attorney: F. Randall Cunliffe
☑ Present ☑ Custody ☐ Bond ☐ P.R.                 ☑ Present ☑ Retained ☐ FPD ☐ CJA
U.S. Attorney: Karon Johnson         U.S. Agent: Avery Cepeda, Immigration and Customs Enforcement
U.S. Probation: Carleen Borja        U.S. Marshal: V. Roman
Interpreter:                         Language:

**PROCEEDINGS: Continued Initial Appearance**
- Defendant waives reading of Complaint.
- Preliminary Examination set for: March 10, 2008 at 2:00 P.M.
- Defendant to remain in custody.

NOTES: