

**ORIGINAL**

verderabartolomeind

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

MAR 0 5 2008

JEANNE G. QUINATA
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERNESTO PAGLICAWAN VERDERA and<br>MARK ANTHONY BARTOLOME,<br><br>Defendants. | CRIMINAL CASE NO. 08-00018<br><br>**INDICTMENT**<br><br>BULK CASH SMUGGLING<br>OUT OF THE UNITED STATES<br>[31 U.S.C. § 5332]<br>(Count I)<br><br>FORFEITURE ALLEGATION<br>[31 U.S.C. § 5332(b)(2)]<br>(Count II) |

THE GRAND JURY CHARGES:

**COUNT I - BULK CASH SMUGGLING OUT OF THE UNITED STATES**

On or about February 28, 2008, in the District of Guam, the defendants herein, ERNESTO PAGLICAWAN VERDERA and MARK ANTHONY BARTOLOME, did unlawfully, willfully and knowingly, with the intent to evade a currency reporting requirement under Title 31, United States Code, Section 5316, conceal more than $10,000 in currency or other monetary instruments in an article of luggage and other container, and did attempt to transport said currency from a place within the United States, to a place outside the United States, to-wit: $810,631 in United States currency from Guam to the Philippines, the said defendants knowing that they were required to file a report with the Secretary of the Treasury of

the amount of money they were attempting to transport, in violation of Title 18, United States Code, Section 2 and Title 31, United States Code, Section 5332.

## COUNT II - FORFEITURE ALLEGATION

The allegations of Count I are hereby realleged and incorporated by reference herein for the purpose of alleging criminal forfeiture pursuant to Title 31, United States Code, Section 5332(b)(2), and Title 21, United States Code, Section 853.

From their engagement in the violation alleged in Count I of this Indictment, punishable by imprisonment for more than one year, the defendants herein, ERNESTO PAGLICAWAN VERDERA and MARK ANTHONY BARTOLOME, shall forfeit to the United States, pursuant to Title 31, United States Code, Section 5332(b)(2) and Title 21, United States Code, Section 853, the personal property involved in the commission of said violation, to-wit: approximately $810,631 in United States currency, recovered on or about February 28, 2008, from the defendant, all in violation of Title 31, United States Code, Section 5332(b)(2).

Dated this 5th day of March 2008.

A TRUE BILL.



REDACTED

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

Reviewed:

By: _____
JEFFREY J. STRAND
First Assistant U.S. Attorney