# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-08-00018             DATE: March 07, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

| | |
|---|---|
| Law Clerk: Judith P. Hattori | Court Recorder: Walter Tenorio |
| Courtroom Deputy: Walter Tenorio | Electronically Recorded: 2:05:11 - 2:13:53 |
| CSO: B. Pereda | |

**APPEARANCES:**

Defendant: Ernesto Pagilcawan Verdera      Attorney: Randall F. Cunliffe, Retained
             Mark Anthony Bartolome                      William Gavras, CJA Appointed

☑ Present ☑ Custody ☐ Bond ☐ P.R.      ☑ Present ☐ Retained ☐ FPD ☐ CJA

U.S. Attorney: Marivic P. David            U.S. Agent:
U.S. Probation: Carleen Borja              U.S. Marshal: D. Punzalan
Interpreter:                                      Language:

**PROCEEDINGS: Initial Appearance on an Indictment and Arraigment**
- Defendants sworn and examined.
- Defendants waives reading of <u>Indictment</u>.
- Plea entered: <u>Not guilty</u>
- Trial set for: <u>May 6, 2008 at 9:30 a.m.</u>
- Defendants remanded to the custody of the U.S. Marshals Service for: <u>Detention</u>

NOTES: