AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

**FILED**
DISTRICT COURT OF GUAM
MAR 18 2008
JEANNE G. QUINATA
Clerk of Court

UNITED STATES OF AMERICA
V.

SUMMONS IN A CRIMINAL CASE

**ERNESTO PAGLICAWAN VERDERA**

Case Number: CR-08-00018-001

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| District Court of Guam<br>3rd Floor, U.S. Courthouse<br>520 W. Soledad Avenue | 302 |
| | Date and Time |
| Before: Honorable Joaquin V. E. Manibusan, Jr. | Friday, March 7, 2008 at 2:00 p.m. |

To answer a(n)
X Indictment  ☐ Information  ☐ Complaint  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

**Bulk Cash Smuggling out of the United States, 31 U.S.C. § 5332, Count 1**

**Forfeiture Allegation, 21 U.S.C. § 853, Count II**

**RECEIVED**
MAR 06 2008
US MARSHALS SERVICE-GUAM

ORIGINAL

**Marilyn B. Alcon, Deputy Clerk**
Name and Title of Issuing Officer

*Marilyn B. Alcon*
Signature of Issuing Officer

**March 5, 2008**
Date

| RETURN OF SERVICE |
|---|

Service was made by me on:[1]   Date 3/7/08

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at:

USMS - Hagate, GA

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  3/7/08
             Date

_____
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.