LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334/7215

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00018 |
| Plaintiff, | ) | |
| vs. | ) | **UNITED STATES' WITNESS LIST** |
| ERNESTO PAGLICAWAN VERDERA and MARK ANTHONY BARTOLOME, | ) | |
| Defendants. | ) | |

Pursuant to the order of this Court, the United States hereby submits the attached witness list for purposes of voir dire.

Respectfully submitted this 18th day of April 2008.

                                                    LEONARDO M. RAPADAS
                                                  United States Attorney
                                                  Districts of Guam and CNMI

                                    By:    /s/ Marivic P. David
                                               MARIVIC P. DAVID
                                               Assistant U.S. Attorney

## WITNESS LIST

Tomas Cruz
Transportation Security Administration (TSA)

Maureen Camacho, TSA

Derek Wolford, TSA

Rose Pascual, TSA

Raffaele Sgambelluri, Chief
Guam Customs & Quarantine Agency (CQ)

Lt. Gabriel Cruz, CQ

Lt. Glen Paulino, CQ

Eugene Igros, CQIII

Joel Salas, CQI

Eric Lizama, CQI

Jeffrey Palacios, CQIII

Christopher Sablan, CQIII

Brian Galarpe, CQIII

John Roberto, CQI

Franklin Taitague, CQIII

Raymond Blas, CQIII

John Pangelinan, CQIII

Peter Ungacta, CQI

Barbara Tayama, CQIII

Lt. Carl Cruz, Guam Airport Police (GAA)

Brian Beem, GAA

Frank Deleon Guerrero, GAA

Robert Robertson, RAC
U.S. Immigration & Customs Enforcement (ICE)

-2-

Case 1:08-cr-00018   Document 22   Filed 04/22/2008   Page 2 of 3

| | |
|---|---|
| 1 | Avery Cepeda, ICE |
| 2 | Erfel Matanguihan, ICE |
| 3 | Erwin Fejeran, ICE |
| 4 | Leah Biscocho, Philippine Airlines |
| 5 | Isabel Terlaje, First Hawaiian Bank (FHB) |
| 6 | Cydee Aguigui, FHB |
| 7 | Sandra E. Rodriguez-Cruz, PhD.<br>Drug Enforcement Administration |