LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334/7215

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 08-00018 |
| Plaintiff, | |
| vs. | **UNITED STATES' EXHIBIT LIST** |
| ERNESTO PAGLICAWAN VERDERA and MARK ANTHONY BARTOLOME, | |
| Defendants. | |

COMES NOW the United States and hereby files with the Court the following proposed exhibits to be introduced in its case in chief.

Respectfully submitted this 18th day of April 2008.

                                          LEONARDO M. RAPADAS
                                          United States Attorney
                                          Districts of Guam and CNMI

By:   /s/Marivic P. David
           MARIVIC P. DAVID
           Assistant U.S. Attorney

**UNITED STATES' EXHIBIT LIST**

| NO | DESCRIPTION | Date Identified | Admitted |
|---|---|---|---|
| 1. | German passport of E. Verdera | | |
| 2. | Boarding pass and Electronic ticket stub of E. Verdera | | |
| 3. | Philippine Airlines passenger itinerary/receipt of E. Verdera | | |
| 4. | United States passport of M. Bartolome | | |
| 5. | Boarding pass and Electronic ticket stub of M. Bartolome | | |
| 6. | Philippine Airlines passenger itinerary/receipt of M. Bartolome | | |
| 7. | Nine Philippine Airlines baggage claim checks | | |
| 8. | Photo of assortment of baggage and bags; and one cardboard box | | |
| 9. | One Home Depot box w/ tag #149058 | | |
| 10. | False bottom materials of cardboard, carbon paper, gray tape from Exhibit 9 | | |
| 11. | Photo of Home Depot box (side view and partial contents) | | |
| 12. | Photo of Home Depot box (top view and partial contents) | | |
| 13. | Photo of Home Depot box (top view and false bottom) | | |
| 14. | Yellow and Red plastic bag w/ paraphernalia (glass pipes) | | |
| 15. | Photo of Yellow and Red plastic bag | | |
| 16. | Photo of Yellow and Red plastic bag w/ paraphernalia (glass pipes) | | |
| 17. | Yellow plastic zippered bag w/ paraphernalia (cracked glass pipes) | | |

| NO  | DESCRIPTION | Date Identified | Admitted |
|-----|-------------|-----------------|----------|
| 18. | Photo of Yellow plastic zippered bag w/ paraphernalia (cracked glass pipes) | | |
| 19. | Photo of Yellow plastic zippered bag w/ paraphernalia (cracked glass pipes) on top of newspaper page | | |
| 20. | Photo of cracked glass pipes on top of newspaper page | | |
| 21. | Black and Blue Columbia 300 bag | | |
| 22. | Photo of Black and Blue Columbia 300 bag | | |
| 23. | Photo of Black and Blue Columbia 300 bag w/ two glass pipes, blue bubble wrap, gray tape | | |
| 24. | Digital Mini CD Scale | | |
| 25. | Photo of Digital Mini CD Scale case | | |
| 26. | Photo of Digital Mini CD Scale | | |
| 27. | Red Sports Plus Bag | | |
| 28. | Photo of Red Sports Plus Bag | | |
| 29. | Photo of Red Feather carbon paper package | | |
| 30. | Photo of TSA tray and contents secured in plastic; partial view of U.S. cash | | |
| 31. | Photo of TSA tray and contents; partial view of U.S. cash; cardboard bottoms | | |
| 32. | Photo of TSA tray and contents; partial view of U.S. cash; carbon wrapped container | | |
| 33. | Photo of U.S. cash bundles ($234,330) in TSA tray | | |
| 34. | Photo of U.S. cash bundles ($234,330) on carpet | | |
| 35. | Blue Concourse Luggage w/ tag #149057 | | |
| 36. | False bottom materials of cardboard, carbon paper, black tape from Exhibit 35 | | |

| NO | DESCRIPTION | Date Identified | Admitted |
|---|---|---|---|
| 37. | Photo of Blue Concourse Luggage | | |
| 38. | Photo of luggage handle w/ tag #149057 | | |
| 39. | Photo of Macy's bag w/ carbon paper | | |
| 40. | Photo of crystal methamphetamine in bag w/ glass pipe | | |
| 41. | Photo of crystal methamphetamine in bag on digital scale | | |
| 42. | Photo of crystal methamphetamine in bag w/ field test kit | | |
| 43. | Photo of one Heelys brand shoe w/ contents | | |
| 44. | Photo of padded envelope listing Mr. Boy Revira | | |
| 45. | Photo of rolled contents of padded envelope next to one Heelys brand shoe | | |
| 46. | Photo of U.S. cash bundle next to one Heelys brand shoe | | |
| 47. | Photo of padded envelope listing Mr. Boy Revira and U.S. cash bundles ($7,021) | | |
| 48. | Photo of open view of Blue Concourse Luggage w/ partial contents | | |
| 49. | Photo of yellow padding in Blue Concourse Luggage | | |
| 50. | Photo of bubble wrap; dryer sheets in Blue Concourse Luggage | | |
| 51. | Photo of false bottom of Blue Concourse Luggage | | |
| 52. | Photo of U.S. cash bundles (partial view) in Blue Concourse Luggage | | |
| 53. | Photo of U.S. cash bundles ($222,020) in Blue Concourse Luggage | | |

- 4 -

| NO | DESCRIPTION | Date Identified | Admitted |
|---|---|---|---|
| 54. | Photo of U.S. cash bundles ($222,020) on carpet | | |
| 55. | Black American Tourister Luggage w/ tag #149052 | | |
| 56. | False bottom materials of cardboard, carbon paper, black tape from Exhibit 55 | | |
| 57. | Photo of luggage handle w/ tag #149052 | | |
| 58. | Photo of outer side pocket and contents of Black American Tourister Luggage | | |
| 59. | Photo of one box cutter, five lighters in Black American Tourister Luggage | | |
| 60. | Photo of Sort Kwik fingertip moistener | | |
| 61. | Photo of bottom of Black American Tourister Luggage | | |
| 62. | Photo of towels in Black American Tourister Luggage | | |
| 63. | Photo of yellow padding in Black American Tourister Luggage | | |
| 64. | Photo of false bottom of Black American Tourister Luggage | | |
| 65. | Photo of U.S. cash bundles (partial view) in Black American Tourister Luggage | | |
| 66. | Photo of U.S. cash bundles ($113,130) in Black American Tourister Luggage | | |
| 67. | Photo of U.S. cash bundles ($113,130) on carpet | | |
| 68. | Blue Concourse Luggage w/ tag #149054 | | |
| 69. | False bottom materials of cardboard, carbon paper, black tape from Exhibit 68 | | |
| 70. | Photo of luggage handle w/ tag #149054 | | |
| 71. | Photo of Blue Concourse Luggage w/ tag #149054 | | |

| NO | DESCRIPTION | Date Identified | Admitted |
|---|---|---|---|
| 72. | Photo of glass pipes, bubble wrap | | |
| 73. | Photo of yellow padding, bubble wrap in Blue Concourse Luggage | | |
| 74. | Photo of bubble wrap in Blue Concourse Luggage | | |
| 75. | Photo of false bottom in Blue Concourse Luggage | | |
| 76. | Photo of U.S. cash bundles ($120,180) in Blue Concourse Luggage | | |
| 77. | Photo of U.S. cash bundles ($120,180) on carpet | | |
| 78. | Brown Replay Leather Bag w/ tag #149053 | | |
| 79. | False bottom materials of cardboard, carbon paper, clear plastic, gray and black tape from Exhibit 78 | | |
| 80. | Photo of bag handle w/ tag #149053 | | |
| 81. | Photo of Replay bag (top view) | | |
| 82. | Photo of Replay brand | | |
| 83. | Photo of false bottom of Replay bag | | |
| 84. | Photo of bottom of Replay bag; (partial stitching removed) | | |
| 85. | Photo of false bottom of Replay bag, (partial view of taped cardboard) | | |
| 86. | Photo of partial view of U.S. cash bundles in Replay bag | | |
| 87. | Photo of false bottom of Replay bag, (full view of taped cardboard) | | |
| 88. | Photo of U.S. cash bundles ($113,950) in Replay bag | | |
| 89. | Photo of false bottom materials in Replay bag | | |

| NO | DESCRIPTION | Date Identified | Admitted |
|---|---|---|---|
| 90. | Photo of U.S. cash bundles ($113,950) on carpet | | |
| 91. | Black Compass bag w/ tag #149055 | | |
| 92. | Photo of bag handle w/ tag #149055 | | |
| 93. | Photo of Compass brand | | |
| 94. | Photo of open box w/ M-500 Digital Pocket Scale and Durex condom box | | |
| 95. | M-500 Digital Pocket Scale | | |
| 96. | Photo of Durex condom box and bag of crystal methamphetamine | | |
| 97. | Photo of Durex condom box, bag of crystal methamphetamine and field test kit | | |
| 98. | Drug Exhibit No. 1 (1.2 grams of d-Methamphetamine HCl) | | |
| 99. | Drug Exhibit No. 2 (.13 gram of d-Methamphetamine HCl) | | |
| 100. | DEA lab report w/ Form 7 | | |
| 101. | First Hawaiian Bank Check of $810,631.00, and Customer Receipt | | |
| 102. | Photo of Continental Airlines check-in counter | | |
| 103. | Photo of Transportation of Currency notice by Continental Airlines check-in counter | | |
| 104. | Photo of Philippine Airlines check-in counter | | |
| 105. | Photo of Transportation of Currency notice by Philippine Airlines check-in counter | | |
| 106. | Report of International Transportation of Currency or Monetary Instruments Form | | |
| 107. | Statement of Rights Form | | |
| 108. | Days Inn, Tamuning, Master Folio re E. Verdera (1/29/08 to 2/28/08) | | |

| NO | DESCRIPTION | Date Identified | Admitted |
|---|---|---|---|
| 109. | Days Inn Hotel Guam, Barrigada re M. Bartolome (2/14/08 to 2/15/08) | | |
| 110. | Three Receipts from Days Inn (Nos. 370781, 370782, 426858) | | |
| 111. | One Receipt from Days Inn, No. 247628 | | |
| 112. | RCBC Savings Bank Passbook, Euro Account, Ernesto P. Verdera | | |
| 113. | RCBC Savings Bank Passbook, Ernesto P. Verdera | | |
| 114. | Western Union Gold card, Ernesto P. Verdera | | |
| 115. | Western Union money transfer form for $300 sent by Mark Bartolome w/ customer copy | | |
| 116. | Western Union money transfer form for $200 sent by Mark Bartolome | | |
| 117. | Western Union money transfer form for $250 sent by Mark Bartolome w/ final receipt | | |
| 118. | Guam Customs/Agriculture Declaration Form of Verdera, stamped 10/28/07 | | |
| 119. | Guam Customs/Agriculture Declaration Form of Verdera, stamped 12/15/07 | | |
| 120. | Guam Customs/Agriculture Declaration Form of Verdera, stamped 12/28/07 | | |
| 121. | Guam Customs/Agriculture Declaration Form of Verdera, stamped 1/8/08 | | |
| 122. | Guam Customs/Agriculture Declaration Form of Verdera, stamped 1/29/08 | | |
| 123. | Guam Customs/Agriculture Declaration Form of Bartolome, stamped 12/15/07 | | |
| 124. | Guam Customs/Agriculture Declaration Form of Bartolome, stamped 12/28/07 | | |

| NO | DESCRIPTION | Date Identified | Admitted |
|----|-------------|-----------------|----------|
| 125. | Guam Customs/Agriculture Declaration Form of Bartolome, stamped 1/7/08 | | |
| 126. | Guam Customs/Agriculture Declaration Form of Bartolome, stamped 1/28/08 | | |