LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334/7215

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00018 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | **UNITED STATES'** |
| vs. | ) | **[PROPOSED]** |
| | ) | **VERDICT FORM** |
| ERNESTO PAGLICAWAN VERDERA and | ) | |
| MARK ANTHONY BARTOLOME, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the Order of this Court, the United States hereby submits the following verdict form for purposes of this trial.

Respectfully submitted this 18th day of April 2008.

                                              LEONARDO M. RAPADAS
                                              United States Attorney
                                              Districts of Guam and CNMI

                             By:   /s/ Marivic P. David
                                             MARIVIC P. DAVID
                                             Assistant U.S. Attorney

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 08-00018 |
| ) Plaintiff, ) | |
| ) vs. ) | **VERDICT** |
| ERNESTO PAGLICAWAN VERDERA and ) MARK ANTHONY BARTOLOME, ) | |
| ) Defendants. ) | |

We, the Jury in the above-entitled case, unanimously find defendant ERNESTO PAGLICAWAN VERDERA, violation of Title 18, United States Code, Section 2, and Title 31, United States Code, Section 5332, Bulk Cash Smuggling Out of the United States:

_____  NOT GUILTY

_____  GUILTY

Dated: _____

_____
FOREPERSON

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00018 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **VERDICT** |
| ERNESTO PAGLICAWAN VERDERA and MARK ANTHONY BARTOLOME, | ) | |
| Defendants. | ) | |

We, the Jury in the above-entitled case, unanimously find defendant MARK ANTHONY BARTOLOME, violation of Title 18, United States Code, Section 2, and Title 31, United States Code, Section 5332, Bulk Cash Smuggling Out of the United States:

_____  NOT GUILTY

_____  GUILTY

Dated: _____

_____
FOREPERSON