LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes
Hagåtña, Guam 96910
Telephone:  (671) 472-7332/7283
Telecopier: (671) 472-7334/7215

Attorneys for United States of America

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00018 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | **UNITED STATES'** [PROPOSED] |
| ERNESTO PAGLICAWAN VERDERA and MARK ANTHONY BARTOLOME, | ) ) ) | **SPECIAL VERDICT FORM** (Count II - Forfeiture) |
| Defendants. | ) ) ) ) | |

        Pursuant to the Order of this Court, the United States hereby submits the following

special verdict form for purposes of this trial.

        Respectfully submitted this _____ day of April 2008.

                                LEONARDO M. RAPADAS
                                United States Attorney
                                Districts of Guam and CNMI


                        By:    _____
                                MARIVIC P. DAVID
                                Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00018 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | [ |
| | ) | **SPECIAL VERDICT FORM** |
| ERNESTO PAGLICAWAN VERDERA and | ) | |
| MARK ANTHONY BARTOLOME, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

We, the jury, unanimously find by a preponderance of the evidence that $810,631.00 in United States currency was involved in the bulk cash smuggling out of the United States offense for which the defendant ERNESTO PAGLICAWAN VERDERA has been found guilty.

YES _____

NO _____

Dated: _____

_____
FOREPERSON

-2-

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE TERRITORY OF GUAM**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00018 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **SPECIAL VERDICT FORM** |
| ERNESTO PAGLICAWAN VERDERA and MARK ANTHONY BARTOLOME, | ) | |
| Defendants. | ) | |

We, the jury, unanimously find by a preponderance of the evidence that $810,631.00 in United States currency was involved in the bulk cash smuggling out of the United States offense for which the defendant MARK ANTHONY BARTOLOME has been found guilty.

YES     _____

NO     _____

Dated: _____

_____
FOREPERSON

– 3 –