LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ERNESTO PAGLICAWAN VERDERA and, ) <br> MARK ANTHONY BARTOLOME, ) <br> ) <br> Defendant. ) <br> _____ ) | CRIMINAL CASE NO. 08-00018 <br><br> **CERTIFICATE OF SERVICE** |

    I certify that on April 22, 2008, I caused to be electronically filed, the United States' Requested Voir Dire, United States' Witness List, Exhibit List, Jury Instructions, Requested Forfeiture Instructions, Verdict Form, and Special Verdict with the Clerk of Court using the CM/ECF system, and I also certify that on April 22, 2008, I caused to be served via U.S. Mail and/or hand delivery, copies of the aforementioned document(s) to the following non-registered participants:

    William Gavras
    Law Offices of William Gavras
    101 Salisbury Street
    Dededo, Guam 96929

| | |
|---|---|
| 1 | |
| 2 | Randall F. Cunliffe |
| 3 | Cunliffe & Cook, P.C.<br>210 Archbishop Flores St., Ste. 200 |
| 4 | Hagatna, Guam 96910 |
| 5 | |
| 6 | LEONARDO M. RAPADAS<br>United States Attorney |
| 7 | Districts of Guam and the CNMI |
| 8 | |
| 9 | By: /s/ Marivic P. David |
| 10 | MARIVIC P. DAVID<br>Assistant U.S. Attorney |