LAW OFFICES
**CUNLIFFE & COOK**
210 Archbishop F.C. Flores Street
Hagåtña, GU 96910
Telephone: (671) 472-1824
Telecopier: (671) 472-2422



**FILED**
DISTRICT COURT OF GUAM

APR 22 2008

JEANNE G. QUINATA
Clerk of Court

Attorneys for: **Defendant Ernesto P. Verdera**

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 08-00018 |
| Plaintiff, ) | |
| vs. ) | |
| ERNESTO PAGLICAWAN VERDERA ) | ~~MEMORANDUM OF POINTS AND~~ ~~AUTHORITIES IN SUPPORT OF~~ **MOTION FOR SEVERANCE** |
| and MARK ANTHONY BARTOLOME, ) | |
| Defendants. ) | |

In the discovery provided to counsel for Defendant ERNESTO P. VERDERA in this case, there are statements made by co-Defendant BARTOLOME, which tend to implicate Defendant VERDERA. <u>Bruton v. United States</u>, 391 U.S. 123 (1968).

Counsel herein does not believe that the statements of Defendant BARTOLOME could be redacted to delete any reference to Defendant VERDERA without making it obvious that another is involved and who that is would be obvious.

## CONCLUSION

For the foregoing reasons, counsel for Defendant VERDERA requests the court to order that the trials of Defendants VERDERA and BARTOLOME be severed.

Respectfully submitted this 22 day of April, 2008.

**CUNLIFFE & COOK**
A Professional Corporation
Attorneys for Defendant Ernesto P. Verdera

ORIGINAL By_____
F. RANDALL CUNLIFFE, ESQ.