LAW OFFICES
**CUNLIFFE & COOK**
210 Archbishop F.C. Flores Street
Hagåtña, GU 96910
Telephone: (671) 472-1824
Telecopier: (671) 472-2422

Attorneys for: **Defendant**



**FILED**
DISTRICT COURT OF GUAM

APR 22 2008

JEANNE G. QUINATA
Clerk of Court

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 08-00018 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NOTICE OF MOTION AND |
| ) | ~~MOTION FOR SEVERANCE~~ |
| ERNESTO PAGLICAWAN VERDERA ) | |
| and MARK ANTHONY BARTOLOME, ) | |
| ) | |
| Defendants. ) | |

**COMES NOW,** Defendant ERNESTO P. VERDERA, through counsel, **CUNLIFFE & COOK**, A Professional Corporation, by F. Randall Cunliffe, Esq., and moves this court on _____ at _____ __.m., or as soon thereafter as the matter may be heard, the above-entitled court to sever Defendant ERNESTO P. VERDERA's trial from the co-Defendant MARK A. BARTOLOME.

Dated this 22 day of April, 2008.

**CUNLIFFE & COOK**
A Professional Corporation
Attorneys for Defendant Ernesto P. Verdera

By_____
F. RANDALL CUNLIFFE, ESQ.

ORIGINAL