LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 08-00018 |
| ) | |
| Plaintiff, ) | |
| ) | **CERTIFICATE OF SERVICE** |
| vs. ) | |
| ) | |
| ERNESTO PAGLICAWAN VERDERA ) | |
| and MARK ANTHONY BARTOLOME, ) | |
| ) | |
| Defendants. ) | |

I hereby certify that on April 28, 2008, I electronically filed United States' Opposition to Defendant Verdera's Motion for Severance with the Clerk of Court using the CM/ECF system, and I hereby certify that on April 28, 2008, I caused to be served via U.S. Mail and/or hand delivery, copies of the aforementioned document to the following non-registered participants:

F. Randall Cunliffe, Esq.
Cunliffe & Cook P.C.
210 Archbishop Flores St., Ste. 200
Hagatna, GU 96910

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: /s/ Marivic P. David
MARIVIC P. DAVID
Assistant U.S. Attorney