IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00018 |
| Plaintiff, | ) | |
| vs. | ) | |
| ERNESTO PAGLICAWAN VERDERA and MARK ANTHONY BARTOLOME, | ) | **ORDER** |
| Defendants. | ) | |

On April 22, 2008, defendant Ernesto Paglicawan Verdera filed a Motion to Sever. See Docket No. 29. The court directs the Government to file a response to said motion no later than Friday, May 2, 2008, at 12 noon. Co-defendant Mark Anthony Bartolome may also file a response or joinder to said motion by May 2, 2008, at 12 noon. Defendant Verdera shall file a reply brief by Tuesday, May 6, 2008. A hearing on the motion shall be held on Friday, May 9, 2008, at 10:30 a.m.

In light of the recent filing of said motion, the court hereby vacates the pretrial conference scheduled for April 29, 2008, and the trial currently scheduled to commence on May 6, 2008. These dates will be re-set upon final determination of the Motion to Sever.

IT IS SO ORDERED.

/s/ Joaquin V.E. Manibusan, Jr.
**U.S. Magistrate Judge**
**Dated: Apr 28, 2008**