1  Verdera_Bartolome_Sup_Ind

2  LEONARDO M. RAPADAS
   United States Attorney
3  MARIVIC P. DAVID
   Assistant U.S. Attorney
4  Sirena Plaza Suite 500
   108 Hernan Cortez Avenue
5  Hagatna, Guam 96910
   Telephone: (671) 472-7332
6  Telecopier: (671) 472-7334

**FILED**

**DISTRICT COURT OF GUAM**

MAY 0 1 2008

**JEANNE G. QUINATA**
**Clerk of Court**

7  Attorneys for the United States of America

8  **IN THE UNITED STATES DISTRICT COURT**

9  **FOR THE TERRITORY OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 08-00018 |
| Plaintiff, ) | **SUPERSEDING INDICTMENT** |
| ) | **CONSPIRACY TO SMUGGLE BULK CASH OUT OF THE UNITED STATES** [18 U.S.C. § 371] (Count 1) |
| vs. ) | **BULK CASH SMUGGLING OUT OF THE UNITED STATES** [31 U.S.C. §§ 5332 and 5322] (Count 2) |
| ) | **FORFEITURE ALLEGATION** [31 U.S.C. § 5332(b)(2)] (Count 3) |
| ERNESTO PAGLICAWAN VERDERA and MARK ANTHONY BARTOLOME, ) | **IMPORTATION OF METHAMPHETAMINE HYDROCHLORIDE** [21 U.S.C. §§ 952(a) & 960 and 18 U.S.C. § 2] (Count 4) |
| Defendants. ) | |

THE GRAND JURY CHARGES:

## COUNT I - CONSPIRACY TO SMUGGLE BULK CASH OUT OF THE UNITED STATES

### Introduction

At all times material to the superseding indictment:

1. Defendant ERNESTO PAGLICAWAN VERDERA was a citizen of the Federal Republic of Germany.

□ ORIGINAL

1    2. Defendant MARK ANTHONY BARTOLOME was a citizen of the United States of
2 America.

3    3. Federal law and regulations, 31 C.F.R. § 103.23 and 31 U.S.C. §§ 5316 and 5332
4 provided that:

> each person who physically transports, mails, or ships, or causes to be
> physically transported, mailed, or shipped, or attempts to physically transport,
> mail or ship, or attempts to cause to be physically transported, mailed or
> shipped, currency or other monetary instruments in an aggregate amount
> exceeding $10,000 at one time from the United States to any place
> outside the United States . . . shall make a report thereof. A person is
> deemed to have caused such transportation, mailing or shipping when
> he aids, abets, counsels, commands, procures, or requests it to be
> done by a financial institution or any other person.

### The Conspiracy

4. Beginning on or about October 2007, and continuing to on or about
February 28, 2008, in the District of Guam and elsewhere, the defendants herein, ERNESTO
PAGLICAWAN VERDERA and MARK ANTHONY BARTOLOME, did knowingly and
willfully, combine, conspire, confederate, and agree with each other and with others known and
unknown to the Grand Jury to knowingly conceal more than $10,000 in currency or other
monetary instruments in an article of luggage and other container, and to transport and transfer
and attempt to transport and transfer such currency or other monetary instruments from a place
within the United States to a place outside of the United States, with the intent to evade a
currency reporting requirement under Title 31, United States Code, Section 5316, in violation of
Title 31, Untied States Code, Section 5332.

### Object of the Conspiracy

5. It was an object of the conspiracy that defendants, ERNESTO PAGLICAWAN
VERDERA and MARK ANTHONY BARTOLOME, with the assistance of others, would
transfer bulk quantities of cash from Guam to the Philippines, for the purpose of concealing the
true ownership of the funds and evading the United States' cash reporting requirements.

//

-2-

## Overt Acts

In furtherance of the conspiracy, at least one of the conspirators committed or caused to be committed at least one of the following overt acts in the District of Guam and elsewhere:

6. On or about October 28, 2007, December 15, 2007, and January 8, 2008, defendant ERNESTO PAGLICAWAN VERDERA traveled to Guam from Manila, Philippines.

7. On or about December 15, 2007, and January 7, 2008, defendant MARK ANTHONY BARTOLOME traveled to Guam from Manila, Philippines.

8. On or about January 29, 2008, defendant ERNESTO PAGLICAWAN VERDERA traveled to Guam from Manila in order to receive a delivery of bulk quantities of cash.

9. On or about January 28, 2008, defendant MARK ANTHONY BARTOLOME traveled to Guam from Manila in order to assist in transporting bulk quantities of cash from Guam to Manila.

10. Sometime between January 29, 2008 to February 28, 2008, ERNESTO PAGLICAWAN VERDERA and MARK ANTHONY BARTOLOME received $810,631 in United States currency while at or near Days Inn, 155 Ypao Road, Tamuning, Guam.

11. On or about February 28, 2008, ERNESTO PAGLICAWAN VERDERA and MARK ANTHONY BARTOLOME concealed $810,631 in United States currency in articles of luggage and other containers, and thereafter attempted to board Philippine Airlines Flight No. 111, an international airplane flight destined for Manila, and originating at A.B. Won Pat Guam International Airport.

All in violation of Title 18, United States Code, Section 371.

## COUNT II - BULK CASH SMUGGLING OUT OF THE UNITED STATES

On or about February 28, 2008, in the District of Guam, the defendants herein, ERNESTO PAGLICAWAN VERDERA and MARK ANTHONY BARTOLOME, did unlawfully, willfully and knowingly, with the intent to evade a currency reporting requirement under Title 31, United States Code, Section 5316, conceal more than $10,000 in currency or

-3-

other monetary instruments in an article of luggage and other container, and did attempt to transport said currency from a place within the United States, to a place outside the United States, to-wit: $810,631 in United States currency from Guam to the Philippines, the said defendants knowing that they were required to file a report with the Secretary of the Treasury of the amount of money they were attempting to transport, in violation of Title 18, United States Code, Section 2 and Title 31, United States Code, Sections 5332 and 5322

## COUNT III - FORFEITURE ALLEGATION

The allegations of Count I and Count II are hereby realleged and incorporated by reference herein for the purpose of alleging criminal forfeiture pursuant to Title 31, United States Code, Section 5332(b)(2), and Title 21, United States Code, Section 853.

From their engagement in the violations alleged in Count I or Count II of this Indictment, punishable by imprisonment for more than one year, the defendants herein, ERNESTO PAGLICAWAN VERDERA and MARK ANTHONY BARTOLOME, shall forfeit to the United States, pursuant to Title 31, United States Code, Section 5332(b)(2) and Title 21, United States Code, Section 853, the personal property involved in the commission of said violation, to-wit: approximately $810,631 in United States currency, recovered on or about February 28, 2008, from the defendant, all in violation of Title 31, United States Code, Section 5332(b)(2).

## COUNT IV - IMPORTATION OF METHAMPHETAMINE HYDROCHLORIDE

Between January 27, 2008, and February 28, 2008, in the District of Guam and elsewhere, the defendant, MARK ANTHONY BARTOLOME, did unlawfully, intentionally and knowingly import into the United States from a place outside thereof at least one (1) gram but less than two (2) grams of methamphetamine hydrochloride, also known as "ice," a schedule II

//

//

//

-4-

controlled substance, in violation of Title 21, United States Code, Sections 952(a) and 960(b)(3), and Title 18, United States Code, Section 2.

Dated this 1ˢᵗ day of May, 2008.

REDACTED

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

Reviewed:

By: _____
JEFFREY J. STRAND
First Assistant U.S. Attorney

-5-