# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-08-00018-001   DATE: May 05, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

Law Clerk: Judith P. Hattori   Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio   Electronically Recorded: 9:02:26 - 9:04:03

**APPEARANCES:**

Defendant: Ernesto Pagicawan Verdera   Attorney: Randall Cunliffe
☑ Present ☑ Custody ☐ Bond ☐ P.R.   ☑ Present ☑ Retained ☐ FPD ☐ CJA

U.S. Attorney: Marivic P. David   U.S. Agent:
U.S. Probation: None Present
Interpreter:   Language:

**PROCEEDINGS: Initial Appearance on a Superseding Indictment and Arraignment**
- Defendant waives reading of Superseding Indictment.
- Defendant sworn and examined.
- Plea entered: Not guilty
- Court will set trial at a later date.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: