# UNITED STATES DISTRICT COURT

DISTRICT OF **GUAM**

UNITED STATES OF AMERICA
V.

## SUMMONS IN A CRIMINAL CASE

**ERNESTO PAGLICAWAN VERDERA**

Case Number: **CR-08-00018-001**

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam**<br>3rd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Before: **Honorable Joaquin V. E. Manibusan, Jr.** | **302** |
| | Date and Time<br>**Monday, May 5, 2008 at 9:00 a.m.** |

To answer a(n)
☑ Superseding Indictment ☐ Information ☐ Complaint ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

Conspiracy to Smuggle Bulk Cash Out of the United States, 18 U.S.C. § 371, Count 1

Bulk Cash Smuggling Out of the United States, 31 U.S.C. §§ 5332 and 5322, Count 2

Forfeiture Allegation, 31 U.S.C. § 5332(b)(2), Count 3

# FILED
**DISTRICT COURT OF GUAM**

MAY 0 5 2008 ℞♭

**JEANNE G. QUINATA
Clerk of Court**

| | |
|---|---|
| **WALTER M. TENORIO; Deputy Clerk**<br>Name and Title of Issuing Officer | _____<br>Signature of Issuing Officer |
| **May 1, 2008**<br>Date | |

## ORIGINAL

## RETURN OF SERVICE

| | |
|---|---|
| Service was made by me on:[1] | Date **5** 5/08 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at:

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on   5/5/08
              Date

Name of United States Marshal

(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.