# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES

CASE NO.: CR-08-00018                                      DATE: May 09, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori              Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore     Electronically Recorded: 10:24:59 - 10:54:16

**APPEARANCES:**
Defendant: Ernesto Paglicawan Verdera     Attorney: F. Randall Cunliffe
☑Present ☑Custody ☐Bond ☐P.R.             ☑Present ☑Retained ☐FPD ☐CJA
U.S. Attorney: Marivic P. David  U.S. Agent: Peter Ungacta, Immigration and Customs Enforcement
U.S. Probation: None Present
Interpreter:                     Language:

**PROCEEDINGS: Motion to Sever**
- Government's submission of proposed redaction of statements due by: May 23, 2008
- Government's response to effect of new count on co-defendant due by: May 23, 2008
- Defendant's replies due by: May 30, 2008
- Proceedings continued to: June 6, 2008 at 10:00 A.M.
- Defendant to remain in custody.

NOTES: