LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ERNESTO PAGLICAWAN VERDERA and, )<br>MARK ANTHONY BARTOLOME, )<br>)<br>Defendant. )<br>_____ ) | CRIMINAL CASE NO. 08-00018<br><br>**CERTIFICATE OF SERVICE** |

I certify that on May 23, 2008, I caused to be electronically filed, the United States' Supplemental Memorandum in Opposition to Defentant Verdera's Motion for Severance with the Clerk of Court using the CM/ECF system, and I also certify that on May 23, 2008, I caused to be served via hand delivery, copies of the aforementioned document(s) to the following non-registered participants:

//

//

//

//

//

| | |
|---|---|
| 1 | Randall F. Cunliffe |
| 2 | Cunliffe & Cook, P.C.<br>210 Archbishop Flores St., Ste. 200 |
| 3 | Hagatna, Guam 96910 |

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the CNMI

By: /s/ Marivic P. David
MARIVIC P. DAVID
Assistant U.S. Attorney
108 Hernan Cortez Ave., Ste.500
Hagatna, Guam 96910
(671) 472-7332

2