LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 08-00018 |
| Plaintiff, | |
| vs. | GOVERNMENT'S MOTION TO FILE EXHIBIT "A" OF THE UNITED STATES' SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO DEFENDANT VERDERA'S MOTION FOR SEVERANCE UNDER SEAL |
| ERNESTO PAGLICAWAN VERDERA and MARK ANTHONY BARTOLOME, | |
| Defendants. | |

COMES NOW the United States of America, by and through undersigned counsel, and moves this Honorable Court for an Order allowing it to file Exhibit "A" of the United States' Supplemental Memorandum in Opposition to Defendant Verdera's Motion for Severance under seal. The government makes this request for the reason that further investigation is still pending, which may be hindered by making Exhibit "A" available for public scrutiny.

RESPECTFULLY SUBMITTED this 23rd day of May 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney