LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

MAY 23 2008

**JEANNE G. QUINATA**
**Clerk of Court**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 08-00018 |
| Plaintiff, | ) |
| vs. | ) **GOVERNMENT'S MOTION** |
| | ) **TO FILE EXHIBIT "A" OF THE** |
| | ) **UNITED STATES' SUPPLEMENTAL** |
| | ) **MEMORANDUM IN OPPOSITION** |
| | ) **TO DEFENDANT VERDERA'S** |
| ERNESTO PAGLICAWAN VERDERA | ) **MOTION FOR SEVERANCE** |
| and MARK ANTHONY BARTOLOME, | ) **UNDER SEAL** |
| | ) |
| Defendants. | ) |

COMES NOW the United States of America, by and through undersigned counsel, and moves this Honorable Court for an Order allowing it to file Exhibit "A" of the United States' Supplemental Memorandum in Opposition to Defendant Verdera's Motion for Severance under seal. The government makes this request for the reason that further investigation is still pending, which may be hindered by making Exhibit "A" available for public scrutiny.

RESPECTFULLY SUBMITTED this _23rd_ day of May 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

ORIGINAL