LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

# IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00018 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| ERNESTO PAGLICAWAN VERDERA and MARK ANTHONY BARTOLOME | ) ) | |
| Defendant. | ) | |

On May 23, 2008, the government filed a motion to seal Exhibit "A" to its Supplemental Memorandum in Opposition to Defendant Verdera's Motion for Severance. For good cause shown,

IT IS HEREBY ORDERED that Exhibit "A" be filed under seal *nunc pro tunc* to May 23, 2008.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: May 27, 2008