LAW OFFICES
**CUNLIFFE & COOK**
210 Archbishop F.C. Flores Street
Hagåtña, GU  96910
Telephone: (671) 472-1824
Telecopier: (671) 472-2422

Attorneys for: **Defendant**



**FILED**
DISTRICT COURT OF GUAM

MAY 30 2008

**JEANNE G. QUINATA**
**Clerk of Court**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. **08-00018** |
| Plaintiff, ) | |
| vs. ) | **SUBMISSION UNDER SEAL** |
| ERNESTO PAGLICAWAN VERDERA ) and MARK ANTHONY BARTOLOME, ) | |
| Defendants. ) | |

**COMES NOW**, Defendant ERNESTO P. VERDERA, through the undersigned counsel, **CUNLIFFE & COOK**, A Professional Corporation, by F. Randall Cunliffe, Esq., and hereby submits, under seal, Defendant VERDERA's Objections to the Proposed Redaction of Bartolome's Oral Statement.

Dated this _30_ day of May, 2008.

**CUNLIFFE & COOK**
A Professional Corporation
Attorneys for Defendant

By _____
F. RANDALL CUNLIFFE, ESQ.