# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES

CASE NO.: CR-08-00018　　　　　　　　　　　　DATE: June 06, 2008

---

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　　Court Recorder: Mary Pangelinan
Courtroom Deputy: Walter M. Tenorio　　Electronically Recorded: 10:04:33 - 11:02:21

---

**APPEARANCES:**

Defendant: Ernesto Paglicawan Vedera　　　Attorney: F. Randall Cunliffe
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　☑ Present ☑ Retained ☐ FPD ☐ CJA
U.S. Attorney: Marivic P. David　　　　　U.S. Agent: Peter Ungata
U.S. Probation: None Present
Interpreter:　　　　　　　　　　　　　　Language:

---

**PROCEEDINGS: Continued Motion to Sever**
- Motion argued by parties. Court made its initial redaction, Mr. Gavras is to file his brief by 6/13/2008. Government to file a response by 6/20/2008.
- Proceedings continued to: June 25, 2008 at 9:30 a.m.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: