LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334/7215

Attorneys for United States of America

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 08-00018 |
| Plaintiff, | |
| vs. | **UNITED STATES' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT BARTOLOME'S OBJECTION TO PROPOSED REDACTION** |
| ERNESTO PAGLICAWAN VERDERA and MARK ANTHONY BARTOLOME, | |
| Defendants. | |

COMES NOW, the United States, by and through undersigned counsel, and moves for an extension of time within which to file its Response to Defendant Bartolome's Objection to Proposed Redaction in the above-captioned case from Friday, June 20, 2008, to Monday, June 23, 2008. Government counsel received defendant Bartolome's Objection to Proposed Redaction on Monday, June 16, 2008. Counsel for Bartolome has no objection to said extension request.

RESPECTFULLY submitted this 20th day of June 2008.

                                      LEONARDO M. RAPADAS
                                      United States Attorney
                                      Districts of Guam and CNMI

                          By:   /s/ Marivic P. David
                                MARIVIC P. DAVID
                                Assistant U.S. Attorney