LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ERNESTO PAGLICAWAN VERDERA and, ) <br> MARK ANTHONY BARTOLOME, ) <br> ) <br> Defendant. ) | CRIMINAL CASE NO. 08-00018 <br><br> **CERTIFICATE OF SERVICE** |

I certify that on June 20, 2008, I caused to be electronically filed, the United States' Motion for Extension of Time to File Response to Defendant Bartolome's Objection to Proposed Redaction with the Clerk of Court using the CM/ECF system, and I also certify that on June 20, 2008, I caused to be served via hand delivery, copies of the aforementioned document(s) to the following non-registered participants:

//

//

//

//

//

| | |
|---|---|
| 1 | Randall F. Cunliffe |
| 2 | Cunliffe & Cook, P.C. |
|   | 210 Archbishop Flores St., Ste. 200 |
| 3 | Hagatna, Guam 96910 |

<div style="margin-left: 3em;">

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the CNMI


By:   /s/ Marivic P. David
MARIVIC P. DAVID
Assistant U.S. Attorney
108 Hernan Cortez Ave., Ste.500
Hagatna, Guam 96910
(671) 472-7332

</div>