1  LEONARDO M. RAPADAS
   United States Attorney
2  MARIVIC P. DAVID
   Assistant U.S. Attorney
3  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
4  Hagåtña, Guam 96910-5059
   TEL: (671) 472-7332
5  FAX: (671) 472-7215

6  Attorney's for United States of America

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF GUAM**

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00018 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| ERNESTO PAGLICAWAN VERDERA and, MARK ANTHONY BARTOLOME, | ) | |
| Defendant. | ) | |

I certify that on June 23, 2008, I caused to be electronically filed, the United States' Memorandum in Opposition to Defendant Bartolome's Objection to Proposed Redaction with the Clerk of Court using the CM/ECF system, and I also certify that on June 23, 2008, I caused to be served via hand delivery, copies of the aforementioned document(s) to the following non-registered participants:

//
//
//
//
//

| | |
|---|---|
| 1 | Randall F. Cunliffe |
| 2 | Cunliffe & Cook, P.C.<br>210 Archbishop Flores St., Ste. 200 |
| 3 | Hagatna, Guam 96910 |

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the CNMI

By:   /s/ Marivic P. David
      MARIVIC P. DAVID
      Assistant U.S. Attorney
      108 Hernan Cortez Ave., Ste.500
      Hagatna, Guam 96910
      (671) 472-7332

2