**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**GENERAL**

CASE NO.: CR-08-000018  DATE: June 25, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori  Court Recorder: Mary Pangelinan
Courtroom Deputy: Walter M. Tenorio  Electronically Recorded: 9:52:40 - 10:43:20

**APPEARANCES:**

Defendant: Ernesto Paglicawan Verdera  Attorney: Randall Cunliffe
　　　　　　Mark Anthony Bartolome not　　　　　　　William Gavras for
　　　　　　present

☑ Present ☑ Custody ☐ Bond ☐ P.R.  ☑ Present ☑ Retained ☐ FPD ☑ CJA

U.S. Attorney: Marivic P. David  U.S. Agent: Peter Ungacta
U.S. Probation: None Present
Interpreter:  Language:

**PROCEEDINGS: Continued Motion to Sever**
- Motion argued by parties.
- Court will take the motion under submission.
- Order to be prepared by: <u>the Court</u>.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: