```
 1  LEONARDO M. RAPADAS
    United States Attorney
 2  MARIVIC P. DAVID
    Assistant U.S. Attorney
 3  Sirena Plaza, Suite 500
    108 Hernan Cortez Avenue
 4  Hagåtña, Guam 96910-5059
    TEL: (671) 472-7332
 5  FAX: (671) 472-7215

 6  Attorney's for United States of America
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 08-00018 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **CERTIFICATE OF SERVICE** |
| ERNESTO PAGLICAWAN VERDERA and, MARK ANTHONY BARTOLOME, | ) |
| Defendant. | ) |

I certify that on June 27, 2008, I caused to be electronically filed, the United States' Motion to Exclude Time Under the Speedy Trial Act; and Memorandum of Law, and the United States' Motion to Continue Trial with the Clerk of Court using the CM/ECF system, and I also certify that on June 27, 2008, I caused to be served via hand delivery, copies of the aforementioned document(s) to the following non-registered participant:

//
//
//
//
//

| | |
|---|---|
| 1 | Randall F. Cunliffe |
| 2 | Cunliffe & Cook, P.C.<br>210 Archbishop Flores St., Ste. 200 |
| 3 | Hagatna, Guam 96910 |
| 4 | LEONARDO M. RAPADAS<br>United States Attorney |
| 5 | Districts of Guam and the CNMI |

By: /s/ Marivic P. David
MARIVIC P. DAVID
Assistant U.S. Attorney
108 Hernan Cortez Ave., Ste.500
Hagatna, Guam 96910
(671) 472-7332

2