LAW OFFICES
**CUNLIFFE & COOK**
210 Archbishop F.C. Flores Street
Hagåtña, GU 96910
Telephone: (671) 472-1824
Telecopier: (671) 472-2422

Attorneys for: **Defendant Ernesto P. Verdera**

**FILED**
DISTRICT COURT OF GUAM

JUL 0 1 2008

JEANNE G. QUINATA
Clerk of Court

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> ERNESTO PAGLICAWAN VERDERA ) <br> and MARK ANTHONY BARTOLOME, ) <br> ) <br> Defendants. ) <br> ) | CRIMINAL CASE NO. 08-00018 <br><br> **OPPOSITION TO UNITED STATES' MOTION TO CONTINUE TRIAL** |

There is currently no trial date set. The Government has filed this Motion along with a separate Motion to Exclude Time Under the Speedy Trial Act which Defendant VERDERA has filed a separate opposition. The Government's argument that there is foreign evidence in this case is specious. The Government has seized $810,631.00 at the Guam International Airport, and records from foreign Government agencies foreign bank accounts are not necessary for the prosecution of the charge, a violation of 31 U.S.C. §5332.

Defendant VERDERA incorporates his opposition to the Government's Motion to Exclude Time Under the Speedy Trial Act as if set forth herein.

The interests of justice do not require this court to grant a Motion for Continuance of Trial and this court should deny the same.

          **CUNLIFFE & COOK**
          A Professional Corporation
          Attorneys for Defendant **Ernesto P. Verdera**

DATED: July 1, 2008      By _____
                                               F. RANDALL CUNLIFFE, ESQ.