# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# STATUS HEARING

CASE NO.: CR-08-00018                           DATE: July 22, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Geraldine A. Cepeda          Court Recorder: Carmen B. Santos
Courtroom Deputy: Carmen B. Santos      Electronically Recorded: 10:06:24 - 10:18:54

**APPEARANCES:**

Defendant: Ernesto Paglicawan Verdera          Attorney: F. Randall Cunliffe
           Mark Anthony Bartolome                        William L. Gavras
☑ Present ☑ Custody ☐ Bond ☐ P.R.              ☐ Present ☑ Retained ☐ FPD ☑ CJA

U.S. Attorney: Marivic P. David                 U.S. Agent:
U.S. Probation: Maria Cruz
Interpreter:                                    Language:

**PROCEEDINGS: Status Hearing**
- Discussion as to the number of trials per defendant.
- Proceedings as it relates to Defendant Verdera continued to: <u>7/25/2008 at 10:30 a.m.</u>
- Defendants remanded to the custody of the U.S. Marshals Service.

NOTES: