LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes
Hagåtña, Guam 96910
Telephone:  (671) 472-7332/7283
Telecopier: (671) 472-7334/7215

Attorneys for United States of America

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00018 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **UNITED STATES' MOTION FOR** |
| | ) | **FOR EXTENSION OF TIME** |
| | ) | **TO  FILE OBJECTIONS TO** |
| | ) | **ORDER GRANTING** |
| | ) | **MOTION TO SEVER** |
| | ) | |
| ERNESTO PAGLICAWAN VERDERA and | ) | |
| MARK ANTHONY BARTOLOME, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

COMES NOW, the United States, by and through undersigned counsel, and moves for an

extension of time within which to file its Objections to the Order Granting Motion to Sever filed

July 2, 2008 concerning severance of counts related to defendant MARK ANTHONY

BARTOLOME for the reasons stated at the status hearing held July 22, 2008.   The government

requests a due date no earlier than Monday, July 28, 2008, or thereafter at the court's

//

//

//

convenience.   In the event defendant BARTOLOME files a motion as stated in said status hearing, the government requests sufficient time to file its response to the motion.

RESPECTFULLY  submitted this 23rd day of July 2008.


LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI


By:     /s/ Marivic P. David
        MARIVIC P. DAVID
        Assistant U.S. Attorney

-2-