LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334/7215

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00018 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **UNITED STATES' NOTICE OF FILING** |
| ERNESTO PAGLICAWAN VERDERA and MARK ANTHONY BARTOLOME, | ) | |
| Defendants. | ) | |

The United States hereby gives notice of filing the attached document - Declaration of

Lynn C. Holiday to be part of the court's file.

Respectfully submitted this 25th day of July 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By:     /s/ Marivic P. David
        MARIVIC P. DAVID
        Assistant U.S. Attorney