| | |
|---|---|
| 1 | LEONARDO M. RAPADAS<br>United States Attorney |
| 2 | MARIVIC P. DAVID<br>Assistant U.S. Attorney |
| 3 | Sirena Plaza, Suite 500<br>108 Hernan Cortez Avenue |
| 4 | Hagåtña, Guam 96910-5059<br>TEL: (671) 472-7332 |
| 5 | FAX: (671) 472-7215 |
| 6 | Attorney's for United States of America |

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 08-00018 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **CERTIFICATE OF SERVICE** |
| ERNESTO PAGLICAWAN VERDERA and, MARK ANTHONY BARTOLOME, | ) |
| Defendant. | ) |

I certify that on July 25, 2008, I caused to be electronically filed, the United States' Notice of Filing and Declaration of Trial Attorney Lynn C. Holliday with the Clerk of Court using the CM/ECF system, and I also certify that on July 25, 2008, I served via hand delivery, copies of the aforementioned document(s) to the following non-registered participants:

//
//
//
//
//

1  Randall F. Cunliffe
   Cunliffe & Cook, P.C.
2  210 Archbishop Flores St., Ste. 200
   Hagatna, Guam 96910
3

4                          LEONARDO M. RAPADAS
                           United States Attorney
5                          Districts of Guam and the CNMI

6

7
                    By:    /s/ Marivic P. David
8                          MARIVIC P. DAVID
                           Assistant U.S. Attorney
9                          108 Hernan Cortez Ave., Ste.500
                           Hagatna, Guam 96910
10                         (671) 472-7332

2