# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# GENERAL

CASE NO.: CR-08-00018-001　　　　　　　　　　DATE: July 25, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Geraldine A. Cepeda　　　Court Recorder: Camen B. Santos
Courtroom Deputy: Walter M. Tenorio　　Electronically Recorded: 10:36:29 - 11:04:12

**APPEARANCES:**
Defendant: Ernesto Paglicawan Verdera　　　Attorney: Randall Cunliffe
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　　☑ Present ☑ Retained ☐ FPD ☐ CJA
U.S. Attorney: Marivic P. David　　　U.S. Agent: Peter Ungacta
U.S. Probation: None Present
Interpreter:　　　Language:

**PROCEEDINGS: Motion to Continue Trial**
- Mr. Cunliffe objects to the motion to continue. Court grants motion.
- Status hearing set for October 6, 2008 at 9:30 a.m.
- Trial set for November 5, 2008 at 9:30 a.m.
- The court finds the time between today and November 5, 2008 is excluded from the speedy trial clock
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: