# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# AMENDED MINUTES **
# STATUS HEARING

CASE NO.: CR-08-00018  DATE: July 22, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

Law Clerk: Geraldine A. Cepeda  Court Reporter: Carmen B. Santos
Courtroom Deputy: Carmen B. Santos  Electronically Recorded: 10:06:24 - 10:18:54

**APPEARANCES:**

Defendant: Ernesto Paglicawan Verdera  Attorney: F. Randall Cunliffe
 Mark Anthony Bartolome   William L. Gavras
☑ Present ☑ Custody ☐ Bond ☐ P.R.  ☑ Present ☑ Retained ☐ FPD ☑ CJA

U.S. Attorney: Marivic P. David  U.S. Agent:
U.S. Probation: Maria Cruz
Interpreter:  Language:

**PROCEEDINGS: STATUS HEARING**

- Discussion as to the number of trials per defendant.
- Proceedings re motion to continue trial as it relates to Defendant Verdera continued to: 7/25/2008 at 10:30 a.m.
- Defendants remanded to the custody of the U.S. Marshals Service.

NOTES: ** Amended to modify the type of proceedings to be heard on 7/25/2008.